UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

NORMAN JOSEPH BISHOP,
individually,

        Plaintiff,

        v.

UNITED STATES OF AMERICA,

        Defendant.

NO.  2:25-CV-00227-SAB

**ORDER CLOSING FILE**

On February 18, 2026, the parties filed a Stipulation to Dismiss, ECF No. 16. The parties indicate they settled this matter and ask that the case be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The above-captioned case is **dismissed**, with prejudice, and without an award of costs or fees to either party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of May 2026.

_____

Stanley A. Bastian
U.S. District Judge

**ORDER CLOSING FILE** ~ 1